# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Matthew Budney,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:22-cv-00074-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **FNU Wright, et al** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2023 Order.

January 27, 2023

Frank G. Johns, Clerk
United States District Court